| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *F. Savage* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): L. Savage<br>C. Date of Delivery: 06-01-07 |
| 1. Article Addressed to:<br><br>City of Auburn, Alabama<br>c/o Earline Cobb, Deputy City Clerk<br>144 Tichenor Avenue<br>Auburn, AL 36830<br><br>07cv475-WHA | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☒ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 4361 2395 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540