**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Judge Joe Bailey
   Auburn Municipal Court
   141 N. Ross Street
   Auburn, AL 36830

   07CV 475

2. Article Number
   (Transfer from service label)

   7005 1820 0002 4361 2388

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _A. Rowell_     ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   A. Rowell                      6-1-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes