IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2007 JUL -6  P 4:42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

| | | |
|---|---|---|
| ANDRIETTE ROWELL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No.: 3:07-CV-000475-WHA |
| v. | ) | |
| | ) | |
| CITY OF AUBURN ALABAMA | ) | |
| JUDGE JOE BAILEY | ) | |
| Defendant. | ) | |
| | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, Andriette Rowell, the Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the follow disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries) affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

X    This party is an individual, or
__    This party is a governmental entity, or
__    There are no entities to be reported, or
__    The following entities and their relationship to the party are hereby reported:

Reportable Entity            Relationship to Party

_____      _____

_____      _____

_____      _____

7-6-07
Date

/s/ Karen Laneaux
Karen Laneaux
Attorney for Plaintiff, Andriette Rowell
The Office of Sandra Lewis, P.C.
P.O. Box 686
Montgomery, Al 36101
334-269-5930

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CERTIFICATE OF SERVICE

I Karen Laneaux, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed on this the 6th day of July, 2007 to:

Elizabeth Carter
Randall Morgan
Attorneys for Defendants
Hill, Hill, Carter, Franco, Cole & Black, P.C.
P.O. Box 116
Montgomery, Al 36101-0116

_____
OF COUNSEL

The Office of Sandra Lewis, P.C.
P.O. Box 686
Montgomery, Al 36101
334-269-5930