# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **ANDRIETTE ROWELL** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **Civil Action No.: 3:07-CV-00475WHA** |
| **v.** | ) | |
| | ) | |
| **CITY OF AUBURN ALABAMA** | ) | |
| **JUDGE JOE BAILEY** | ) | |
| **Defendant.** | ) | |
| | ) | |

## MOTION TO WITHDRAW

COMES NOW, the undersigned and moves to withdraw from the above styled case and states the following as grounds:

1.    The Plaintiff has terminated our services.

WHEREFORE, PREMISES CONSIDERED, counsel moves to withdraw from the case.

_____
Sandra Lewis

_____
Karen Laneaux

OF COUNSEL:
THE LAW OFFICE OF SANDRA LEWIS, P.C.
P.O. Box 686
Montgomery, AL 36101
334.269.5930
334.269.5931 fax

_____
A.  Wesley Pitters

OF COUNSEL:
*A. WESLEY PITTERS, P.C.*
1145 South Perry Street

Post Office Box 1973
Montgomery, Alabama 36102
Telephone: (334) 265-3333
Telecopier: (334) 265-3411

CERTIFICATE OF SERVICE

I Karen Laneaux, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed on this the 31st day of August, 2007 to:

Andriette Rowell, Plaintiff
4367 U.S. Highway 29 North
Opelika, Al 36804

Elizabeth Carter
Randall Morgan
Attorneys for Defendants
Hill, Hill, Carter, Franco, Cole & Black, P.C.
P.O. Box 116
Montgomery, Al 36101-0116

OF COUNSEL

The Office of Sandra Lewis, P.C.
P.O. Box 686
Montgomery, Al 36101
334-269-5930
334-269-5931 fax