IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDRIETTE ROWELL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 3:07cv475-WHA ) |
| CITY OF AUBURN, ALABAMA, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Motion to Withdraw (Doc. #13), filed by counsel of record for the Plaintiff on August 31, 2007. Based upon the representation by counsel that their services have been terminated by the Plaintiff, the motion is GRANTED, and it is hereby ORDERED as follows:

1. Sandra Lewis, Karen Laneaux, and A. Wesley Pitters are allowed to withdraw as counsel of record for the Plaintiff, with no further responsibility to the Plaintiff other than to furnish her with copies of all pleadings and orders filed in this case and any other documents in their possession to which the Plaintiff may be entitled.

2. Plaintiff, Andriette Rowell, is given **until September 28, 2007**, to retain a new lawyer to represent her in this case and to have the new lawyer file a formal entry of appearance with this court. In the event that the Plaintiff wishes to continue with the prosecution of this case representing herself, pro se, rather than retaining the services of an attorney, she is given **until September 28, 2007**, to file a Notice with this court, with copies to opposing counsel, of her wish to do so.

3. In the event that no attorney files an entry of appearance and the Plaintiff does not file a Notice of her intention to represent herself, pro se, by September 28, 2007, this case will be dismissed without prejudice for want of prosecution.

4. The clerk is DIRECTED to serve copies of this order by certified mail, return receipt requested, on the Plaintiff at her address shown on the Certificate of Service attached to the Motion to Withdraw.

DONE this 4th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE