IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDRIETTE ROWELL, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | NO.: 3:07-CV-475-WHA |
| ) | |
| CITY OF AUBURN, ALABAMA, ) | |
| JUDGE JOE BAILEY, ) | |
| ) | |
|    Defendants. ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned and hereby enters his appearance as counsel for the Plaintiff in the above styled cause.

Dated this <u>5th</u> day of <u>September</u>, 2007.

                               /s/Gerald L. Miller
                               GERALD L. MILLER (MIL039)
                               Attorney for Plaintiff
                               Andriette Rowell

**OF COUNSEL**:
**REDDEN, MILLS & CLARK, LLP**
940 Financial Center
505 20th Street North
Birmingham, Alabama 35203
(205) 322-0457

## CERTIFICATE OF SERVICE

I hereby certify that on <u>September 5, 2007</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing

-1-

to the following:

    Randall Morgan, Esq.
    Hill, Hill, Carter, Franco, Cole & Black, P.C.
    425 South Perry Street
    P.O. Box 116
    Montgomery, Alabama 36101-0116

    Sandra H. Lewis, Esq.
    P.O. Box 686
    Montgomery, Alabama 36101

    Karen Mastin Laneaux, Esq.
    A. Wesley Pitters, P.C.
    1145 South Perry Street
    Montgomery, Alabama 36102

                                                  /s/Gerald L. Miller
                                                Of Counsel