SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1

Andriette Rowell
4367 US Highway 29 North
Opelika, AL 36804

07cv475 9/4/07 Order

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Beatrice Wright_   ☐ Agent
                       ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

9-5-07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

RECEIVED

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (*Transfer from service label*)      7006 2760 0005 4873 7972

102595-02-M-1540

PS Form 3811, February 2004     Domestic Return Receipt