IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDRIETTE ROWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07cv475-WHA |
| ) | |
| CITY OF AUBURN, ALABAMA, et al., ) | |
| ) | |
| .          Defendants, ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Amend Complaint (Doc. #19), filed on October 5, 2007,  it is

ORDERED that the Defendants shall show cause, if any there be, **on or before October 16**, **2007** why the motion should not be granted.  The motion will be taken under submission on that day for determination without oral hearing.

DONE this 9th day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE