IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDRIETTE ROWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   NO.: 3:07-CV-475-WHA |
| | ) |
| CITY OF AUBURN, ALABAMA, | ) |
| a municipal corporation, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S EXPERT WITNESS DISCLOSURE

Comes now the Plaintiff, Andriette Rowell, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and Section 8 of the Uniform Scheduling Order entered in this case, and discloses to Defendant the identities of the following persons whom the Plaintiff may use at trial to present evidence under Rules 702, 703 and 705 of the Federal Rules of Evidence:

1. Anne L. Harzem, Ph.D.
   Licensed Clinical Psychologist
   2204 Executive Park Drive
   Opelika, Alabama 36801

Dr. Harzem is a licensed clinical psychologist who is a treating psychologist of the Plaintiff and has not been retained or specially employed to provide expert testimony in this case and, therefore, no report is required from Dr. Harzem. Dr. Harzem is expected to testify in person or by deposition and is expected to give testimony consistent with her office records pertaining to the Plaintiff, a copy of which have been provided to Defendant.

2. Dr. Charles Veale
   1695 East University Drive
   Auburn, Alabama 36830
        or

       The Orthopedic Clinic
       121 North 20th Street
       Opelika, Alabama 36801

     Dr. Veale is a treating physician of the Plaintiff and has not been retained or specially employed to provide expert testimony in this case and, therefore, no report is required from Dr. Veale. Dr. Veale is expected to testify in person or by deposition as to his diagnosis, treatment, and impressions of the Plaintiff consistently with his office notes, a copy of which have been provided to the Defendant.

    3.    Dr. James A. Tatum
          1957 First Avenue
          Opelika, Alabama 36801

     Dr. Tatum is a treating dentist of the Plaintiff and has not been retained or specially employed to provide expert testimony in this case and, therefore, no report is required from Dr. Tatum. Dr. Tatum is expected to testify in person or by deposition as to his diagnosis, treatment, and impressions of the Plaintiff consistently with his office notes, a copy of which have been provided to the Defendant.

    4.    Dr. Dan M. Guin
          Family Medical Associates of East Alabama, P.C.
          122 North 20th Street
          Opelika, Alabama 36801

     Dr. Guin is a treating physician of the Plaintiff and has not been retained or specially employed to proved expert testimony in this case and, therefore, no report is required from Dr. Guin. Dr. Guin is expected to testify in person or by deposition regarding his diagnosis and impressions of the Plaintiff and his treatment and the treatment and diagnosis of other physicians at Family Medical Associates of East Alabama pertaining to the Plaintiff as revealed in their office notes. That testimony is expected to be consistent with the office records of Family Medicine Associates of East Alabama, a copy of which has been provided to the Defendant.

                                         /s/Gerald L. Miller
                                         GERALD L. MILLER (MIL039)
                                         Attorney for Plaintiff
                                         Andriette Rowell

**OF COUNSEL**:
**REDDEN, MILLS & CLARK, LLP**
940 Financial Center
505 20th Street North
Birmingham, Alabama 35203
(205) 322-0457

## CERTIFICATE OF SERVICE

      I hereby certify that on   April 2, 2008  , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Randall Morgan, Esq.
    Hill, Hill, Carter, Franco, Cole & Black, P.C.
    425 South Perry Street
    P.O. Box 116
    Montgomery, Alabama 36101-0116


                                              /s/ Gerald L. Miller
                                              OF COUNSEL