IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDRIETTE ROWELL, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action Number 3:07-CV-475-WHA |
| CITY OF AUBURN, ALABAMA<br>a municipal corporation | ) ) ) ) |
| Defendant. | ) ) |

# JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW the parties and respectfully request this Court to amend Section 8 of the Court's Uniform Scheduling Order so as to allow the Plaintiff to comply with this section by April 4, 2008 and the Defendant by May 5, 2008. As grounds for this Motion, the parties show unto the Court that while they have engaged in discovery, additional time is needed for the parties to comply with Section 8 regard to the disclosure of witnesses who may present evidence under Rule 701, et al. The parties submit to the Court this amendment will not in any way delay the trial of this case which is not scheduled until November 17, 2008, but will enable the parties to adequately prepare the case for trial.

WHEREFORE, these premises prayed, the parties jointly move this Court to grant the requested extension.

**MOTION GRANTED**

SO ORDERED
THIS ___ DAY OF _____ 20__
_____
UNITED STATES DISTRICT JUDGE

1