IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDRIETTE ROWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number 3:07-CV-475-WHA |
| ) | |
| CITY OF AUBURN, ALABAMA ) | |
| a municipal corporation ) | |
| ) | |
| Defendant. ) | |

## **DEFENDANT'S SECTION 8 DISCLOSURES**

COMES NOW the Defendant and, in compliance with Section 8 of the Court's Uniform Scheduling Order, as amended, herewith discloses the following persons who may be used at trial to present evidence under Rule 701, 702, 703, or 705 of the Federal Rules of Evidence.

1. Dr. Karl Kirkland, who is a retained expert. A copy of Dr. Kirkland's report, CV and list of cases is attached to the pleading being provided Plaintiff's attorney.

2. Dr. Lee Sharma is a treating physician of Plaintiff and has not been retained nor specially employed to provide expert testimony and, therefore, no report is required from Dr. Sharma. Dr. Sharma is expected to testify in person or by deposition as to her diagnosis, treatment and impressions of Plaintiff consistent with her office notes, a copy of which will be provided to Plaintiff.

3. Dr. Robert F. Ingram is a treating physician of Plaintiff and has not been retained nor specially employed to provide expert testimony and, therefore, no report is required from Dr. Ingram. Dr. Ingram is expected to testify in person or by deposition as

to his diagnosis, treatment and impressions of Plaintiff consistent with his office notes, a copy of which will be provided to Plaintiff.

4. Dr. Kishore Chivukula is a treating physician of Plaintiff and has not been retained nor specially employed to provide expert testimony and, therefore, no report is required from Dr. Chivukula. Dr. Chivukula is expected to testify in person or by deposition as to her diagnosis, treatment and impressions of Plaintiff consistent with her office notes, a copy of which will be provided to Plaintiff.

5. Defendant reserves the right to illicit opinion testimony from any treating physician of Plaintiff.

/s/ *Randall Morgan*
RANDALL MORGAN [MOR037]
ELIZABETH BRANNEN CARTER [3272-C-38E]
Attorneys for Defendant

**OF COUNSEL**:
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, Alabama 36101-0116
334-834-7600- Telephone
334-263-5969 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of May, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following via email:

Gerald L. Miller, Esq.
Redden, Mills & Clark, LLP
940 Financial Center
505 20th Street North
Birmingham, Alabama 35203

/s/ *Randall Morgan*
OF COUNSEL

2