IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDRIETTE ROWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07cv475-WHA |
| | ) |
| CITY OF AUBURN, ALABAMA, | ) |
| a municipal corporation, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of plaintiff's motion to compel (Doc. # 31), filed June 18, 2008, and for good cause, it is

ORDERED that the defendant file a response to the motion on or before July 7, 2008.

DONE, this 19th day of June, 2008.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE