IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDRIETTE ROWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:07cv475-WHA |
| ) | |
| CITY OF AUBURN, ALABAMA, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of plaintiff's motion to compel (Doc. # 31), filed June 18, 2008 and defendant's response (Doc. # 33), filed July 7, 2008, and for good cause it is

ORDERED that a hearing to address the motion and response is set for 9:00 a.m. on August 5, 2008 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Counsel for the defendant is DIRECTED to be familiar with the contents of the Auburn City Police Department investigating files and Tyrone White's personnel file before the hearing.

DONE, this 29th day of July, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE