IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANDRIETTE ROWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07cv475-WHA |
| | ) | |
| CITY OF AUBURN, ALABAMA, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiff's counsel has advised the court that the parties have reached a settlement agreement in this case. Accordingly, it is

ORDERED that the hearing presently set for 9:00 a.m. on August 5, 2008 on plaintiff's motion to compel (Doc. # 31), is hereby CONTINUED generally.

It is further ORDERED that the parties are DIRECTED to file, on or before August 15, 2008, a joint motion to dismiss or other appropriate pleadings.

DONE, this 5th day of August, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE