IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDRIETTE ROWELL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action Number 3:07-CV-475-WHA |
| CITY OF AUBURN, ALABAMA a municipal corporation | ) |
| Defendant. | ) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their respective attorneys of record and herewith agree and stipulate this case is to be dismissed with prejudice with costs to be taxed as paid. The parties jointly move this Court to enter an Order dismissing this action with prejudice.

*Gerald L. Miller*
GERALD L. MILLER [MIL039]
Attorney for Plaintiff

**OF COUNSEL:**

Redden, Mills & Clark, LLP
940 Financial Center
505 20th Street North
Birmingham, Alabama 35203

1

_____
RANDALL MORGAN [MOR037]
ELIZABETH BRANNEN CARTER [3272-C-38E]
Attorneys for Defendant


**OF COUNSEL**:
Hill, Hill, Carter, Franco, Cole & Black, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, Alabama 36101-0116
334-834-7600 - Telephone
334-263-5969 - Facsimile

2